```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA


AGNELIA ADAMS                                CIVIL ACTION

VERSUS                                       NO: 13-5053

ARCHER WESTERN CONTRACTORS, LLC,             SECTION: R(5)
et al.
```

## ORDER AND REASONS

Before the Court is plaintiff Agnelia Adams' motion to remand.[1] For the following reasons, Adams' motion is GRANTED.

Adams, a Louisiana resident, filed this negligence action in Louisiana state court against Archer Western Contractors, LLC ("Archer") and the City of New Orleans ("City").[2] Archer, a foreign corporation, removed the suit to federal court on grounds of diversity jurisdiction.[3] *See* 28 U.S.C. § 1332. Although the City is a local entity, thereby destroying complete diversity, Archer contended that Adams failed to state a cause of action against the City and, therefore, that the City was improperly joined.[4]

After Archer removed the suit to this Court, Adams filed a motion for leave to file a second supplemental and amending

---

[1] R. Doc. 11.

[2] R. Doc. 1-3.

[3] R. Doc. 1.

[4] *Id.* at 3-5.

petition for damages.[5] The Court granted the motion.[6] Adams' second supplemental and amending petition for damages joins several Louisiana corporations as additional defendants.[7] As Archer acknowledges, joinder of these parties destroys diversity and divests this Court of subject matter jurisdiction over the action.[8] *See Cobb v. Delta Exports, Inc.*, 186 F.3d 675, 677 (5th Cir. 1999) ("post-removal joinder of non-diverse defendants . . . destroys diversity for jurisdictional purposes and requires remand").

   Accordingly,

   IT IS ORDERED that Adams' motion to remand is GRANTED.


   New Orleans, Louisiana, this __1st__ day of November, 2013.


                            _____
                                  SARAH S. VANCE
                            UNITED STATES DISTRICT JUDGE

---

   [5] R. Doc. 13.

   [6] R. Doc. 26.

   [7] R. Doc. 27.

   [8] R. Doc. 23 at 8.